IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SYLVESTER G. MCGEE, II, <br> (TDCJ-CID #801907) <br> Plaintiff, | § <br> § <br> § <br> § | |
| vs. | § | CIVIL ACTION H-08-3227 |
| NATHANIEL QUARTERMAN, <br> Defendant. | § <br> § <br> § <br> § | |

## MEMORANDUM AND OPINION

Plaintiff, a state prisoner proceeding *pro se*, brings this action against Texas prison officials who reside in Anderson County, Texas. Plaintiff sues these officials for violations of civil rights which occurred at the Beto I Unit, where he is confined and which is located in Anderson County, Texas.

In the interest of justice and for the convenience of the parties and witnesses, this case is transferred to the United States District Court for the Eastern District of Texas, Tyler Division. 28 U.S.C. §§ 1391, 1404(a).

Plaintiff's motion to proceed *in forma pauperis*, (Docket Entry No. 2), is denied without prejudice to reconsideration after transfer.

SIGNED on November 4, 2008, at Houston, Texas.

Lee H. Rosenthal
United States District Judge